UNITED STATES, Appellee

v

MELVIN L. DEWEES, Private, U. S. Army, Appellant

19 USCMA 571, 42 CMR 173

No. 22,932

July 17, 1970

*Colonel Daniel T. Ghent* and *Captain Bernard J. Casey* were on the pleadings for Appellant, Accused.

*Colonel David T. Bryant, Major Edwin P. Wasinger,* and *Captain Benjamin G. Porter* were on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

The question presented by this appeal is whether error was committed by the military judge when he examined the sentence provision of a pre-trial agreement between the accused and the convening authority. We considered this question in United States v Villa, 19 USCMA 564, 42 CMR 166 (1970), and for the reasons set out

**571**

in our opinion in that case, we conclude there was no error.

The decision of the United States Army Court of Military Review is affirmed.

Judge DARDEN concurs.

FERGUSON, Judge (dissenting):

I dissent.

I disagree with my brothers' decision in this case for the reasons set forth in my separate opinion in United States v Villa, 19 USCMA 564, 42 CMR 166 (1970).